```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 23, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE ALUMINUM WAREHOUSING     :     13-md-2481 (KBF)
ANTITRUST LITIGATION           :     and all related cases
:
:     ORDER
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court cannot locate any sur-reply in opposition to plaintiffs' motion for leave to amend filed **individually** by the Glencore or Pacorini defendants. If such a sur-reply has been filed, the Glencore and/or Pacorini defendants shall by the end of the day direct the Court to the corresponding docket entry.

SO ORDERED.

Dated:      New York, New York
            February 23, 2015

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge